**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 1 1 2003

Michael N. Milby
Clerk of Court

OSCAR WILBURD MORENO-RAMOS,     )
                                )
v.                              )
                                )   CIVIL ACTION NO. B-03-137
A.G. WINFREY, INTERIM FIELD     )
OFFICE DIRECTOR, DHS HLG/DO,    )
and THE UNITED STATES OF        )
AMERICA                         )
                                )
_____ )


**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

The issues raised by the Petitioner herein are identical or similar to those recently addressed by U.S. Magistrate Judge Recio's Report and Recommendation in <u>Salazar-Regino v. Trominski.</u>, No. CA B-02-045 (S.D. Tex. Report and Recommendation, March 26, 2003), and the cases that have been consolidated with it. The parties are awaiting a ruling on the matter from the Honorable District Court Judge Hilda Tagle. It is anticipated that an appeal will be filed by one of the parties with the Fifth Circuit Court of Appeals. A final resolution of <u>Salazar-Regino v. Trominski.</u>, No. CA B-02-045 and the consolidated cases on appeal likely would be controlling in this case.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney
                              Southern District of Texas

                              _____
                              LISA M. PUTNAM
                              Special Assistant U.S. Attorney
                              P.O. Box 1711
                              Harlingen, Texas 78551
                              Tel: (956) 389-7051
                              Georgia Bar No. 590315

Dated August 7, 2003          Federal Bar No. 23937

**CERTIFICATE OF CONSULTATION**

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that she does not oppose the Motion.

LISA M. PUTNAM
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX  78586

on this the 7th day of August, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney