US Atty

CAB-03-137

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/8/03 |
| NAME OF SERVER (PRINT) Lisa Brodyaga | TITLE Attorney |

United States District Court
Southern District of Texas
FILED
SEP 22 2003
Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail RRR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/20/03

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
PO Box 61129
Houston, TX
77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Bob Artesga
B. Date of Delivery  8/8/03
C. Signature
X _____ ☒ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Martinez-Montes +
Moreno-Ramos

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7002 0510 0004 1779 7608

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED
2003 SEP 22 AM 11:07
MICHAEL N. MILBY, CLERK