UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 1 3 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| OSCAR WILBURD MORENO-RAMOS, | § § § | |
| v. | § | CIV. ACTION NO. B-03-137 |
| A.G. WINFREY, Interim Field Office Office Director, DHS HLG/DO, and THE UNITED STATES OF AMERICA. | § § § § | |

## ORDER

The above-styled cause of action was held in abeyance pending a decision in *Salazar-Regino v. Trominski*, which was designated as civil cause number B-02-45 in the district court. On appeal, the Fifth Circuit has assigned *Salazar-Regino* the appellate cause number 03-41492. Because resolution of *Salazar-Regino* on appeal would likely be controlling in this case, it is ORDERED that this case be further held in abeyance until cause number 03-41492 is resolved by the Fifth Circuit.

IT IS SO ORDERED

DONE in Brownsville, Texas, this 12th day of November, 2003.

Felix Recio
United States Magistrate Judge