IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| OSCAR WILBURD MORENO-RAMOS, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. B-03-137 |
| A.G. WINFREY, INTERIM FIELD | ) |
| OFFICE DIRECTOR, DHS HLG/DO, | ) |
| and THE UNITED STATES OF | ) |
| AMERICA | ) |
| _____ | ) |

**ORDER TO TRANSFER**

The Respondents' opposed motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this \_\_\_\_\_ day of _____, 2005.

_____
United States District Court Judge